Dale S. WELKER, Claimant–Appellee,

v.

Anthony J. PRINCIPI, Secretary of Veterans Affairs, Respondent–Appellant.

No. 02–7002.

United States Court of Appeals, Federal Circuit.

Dec. 19, 2001.

ON MOTION

ORDER

Upon consideration of the Secretary of Veterans Affairs' unopposed motion to withdraw his appeal,

IT IS ORDERED THAT:

(1) The motion is granted and the appeal is dismissed.

(2) Each side shall bear its own costs.